UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | 2:26-cv-02965-SPG-SK | JS-6 | Date | June 5, 2026 |
| Title | Alex Sok et al v. State Farm Mutual Automobile Insurance Company et al | | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER RE: DISMISSAL**

Defendant State Farm Mutual Automobile Insurance Company has filed a Stipulation Dismissing the Entire Action with Prejudice. *See* (ECF No. 17 ("Stipulation")). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Therefore, the Stipulation is sufficient to close the case, (JS-6), and the Court STRIKES the proposed order filed at ECF No. 17-1 as moot. All pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg

Page **1** of **1**